B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Caro, Julio C** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):   **0337** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**4711 Abbeyville Ave.<br>Woodland Hills, CA**<br><br>ZIPCODE **91364** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br><br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtor**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached

- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter.*)

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| [x]<br>1-49 | [ ]<br>50-99 | [ ]<br>100-199 | [ ]<br>200-999 | [ ]<br>1,000-5,000 | [ ]<br>5,001-10,000 | [ ]<br>10,001-25,000 | [ ]<br>25,001-50,000 | [ ]<br>50,001-100,000 | [ ]<br>Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| [ ]<br>$0 to $50,000 | [x]<br>$50,001 to $100,000 | [ ]<br>$100,001 to $500,000 | [ ]<br>$500,001 to $1 million | [ ]<br>$1,000,001 to $10 million | [ ]<br>$10,000,001 to $50 million | [ ]<br>$50,000,001 to $100 million | [ ]<br>$100,000,001 to $500 million | [ ]<br>$500,000,001 to $1 billion | [ ]<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| [ ]<br>$0 to $50,000 | [ ]<br>$50,001 to $100,000 | [x]<br>$100,001 to $500,000 | [ ]<br>$500,001 to $1 million | [ ]<br>$1,000,001 to $10 million | [ ]<br>$10,000,001 to $50 million | [ ]<br>$50,000,001 to $100 million | [ ]<br>$100,000,001 to $500 million | [ ]<br>$500,000,001 to $1 billion | [ ]<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (04/13)                                                                                                           Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Caro, Julio C** |
|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>  Signature of Attorney for Debtor(s)                    Date |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☑ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box.) |
|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B1 (Official Form 1)   (04/13)** Page 3

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Caro, Julio C**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Julio C Caro**
_____  **Julio C Caro**
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**December 17, 2014**
_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X **/s/ James R. Selth**
_____
Signature of Attorney for Debtor(s)

**James R. Selth 123420**
**Weintraub & Selth, APC**
**11766 Wilshire Blvd., Suite 1170**
**Los Angeles, CA  90025**

**December 17, 2014**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

_____

X _____
Signature

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| James R. Selth - Bar #123420<br>WEINTRAUB & SELTH, APC<br>11766 Wilshire Blvd., Suite 1170, Los Angeles, CA 90025<br><br>☒ *Attorney for:* JULIO C. CARO | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re: JULIO C. CARO | CASE NO.: |
|---|---|
| | CHAPTER: 7 |
| Debtor(s). | ADV. NO.: |

### ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

☒  Petition, statement of affairs, schedules or lists          Date Filed: December 17, 2014

☐  Amendments to the petition, statement of affairs, schedules or lists          Date Filed: _____

☐  Other: _____          Date Filed: _____

### PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

_____          December 17, 2014
*Signature of Signing Party*          Date

Julio C. Caro
*Printed Name of Signing Party*

_____          _____
*Signature of Joint Debtor (if applicable)*          Date

_____
*Printed Name of Joint Debtor (if applicable)*

### PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s) or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

_____          December 17, 2014
*Signature of Attorney for Signing Party*          Date

James R. Selth
*Printed Name of Attorney for Signing Party*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*

B1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
## Central District of California

IN RE:                                                      Case No. _____

**Caro, Julio C** _____      Chapter **7** _____
<div align="center">Debtor(s)</div>

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☑ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**


Signature of Debtor: **/s/ Julio C Caro** _____

Date: **December 17, 2014** _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **Debtor filed a Chapter 7 bankruptcy case in 1989 while living in New York City and received a discharge. Debtor's attorney was unable to locate case information on PACER or Lexis.**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

I declare, under penalty of perjury, that the foregoing is true and correct.


Executed at Los Angeles, California.                    _/s/ Julio C. Caro_____
Dated: December 17, 2014                                 _Signature of Debtor_


                                                         _____

                                                         _Signature of Joint Debtor_


_____
This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

B201 - Notice of Available Chapters (Rev. 06/14)                                                           USBC, Central District of California

Name: **Weintraub & Selth, APC**

Address: **11766 Wilshire Blvd., Suite 1170**

**Los Angeles, CA  90025**

Telephone: _____   Fax: _____

☑ Attorney for Debtor

☐ Debtor in Pro Per

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names, used by Debtor(s) within last 8 years:<br>**Caro, Julio C** | Case No.: |
|---|---|
| | # NOTICE OF<br># AVAILABLE CHAPTERS<br><br>(Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code) |

---

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts:  (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described.  Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition.  Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

1. **Services Available from Credit Counseling Agencies**

   **With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing.  The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator.  The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

   **In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**2.   The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors**

**Chapter 7:** **Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total fee $335)**

1.   Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
2.   Under chapter 7, you may claim certain of your property as exempt under governing law.  A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
3.   The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
4.   Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable debts; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.  Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13:** **Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total fee $310)**
1.   Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.
2.   Under chapter 13, you must file with the court  a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.
3.   After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11:** **Reorganization ($1167 filing fee, $550 administrative fee: Total fee $1717)**
Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12:** **Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total fee $275)**
Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3.   Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

B201 - Notice of Available Chapters (Rev. 06/14)

## Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

Printed Name and title, if any, of Bankruptcy Petition Preparer
Address:

Social Security number (if the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

**X** _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

## Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

**Caro, Julio C**
Printed Name(s) of Debtor(s)

Case No. (If known) _____

**X** */s/ Julio C Caro*                    **12/17/14**
Signature of Debtor                            Date

**X** _____
Signature of Joint Debtor (if any)              Date

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Summary (Official Form 6 - Summary) (12/10)

### United States Bankruptcy Court
### Central District of California

IN RE:                                                                    Case No. _____

**Caro, Julio C** _____    Chapter **7** _____
                                    Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $          0.00 | | |
| B - Personal Property | Yes | 3 | $      98,791.03 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $      41,615.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $      38,770.13 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | $     359,414.81 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 4 | | | $      18,000.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | $      18,100.00 |
| TOTAL | | 19 | $      98,791.03 | $     439,799.94 | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B 6 Summary (Official Form 6 - Summary) (12/14)

**United States Bankruptcy Court**
**Central District of California**

IN RE:                                                                    Case No. _____

Caro, Julio C                                                             Chapter **7** _____
                        Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ |
| Average Expenses (from Schedule J, Line 22) | $ |
| Current Monthly Income (from Form 22A-1 Line 11; **OR**, Form 22B Line 14; **OR**, Form 22C-1 Line 14 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Caro, Julio C**                                                                                    Case No. _____
_____                                    _____
                            Debtor(s)                                                        (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | **TOTAL** | 0.00 |

(Report also on Summary of Schedules)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE __Caro, Julio C_____    Case No. _____
　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | **Cash on hand** | | **100.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account, Wells Fargo Bank, Acct. No. xxxxxx1995** | | **352.87** |
| | | **Checking account, Wells Fargo Bank, Acct. No. xxxxxx2449** | | **721.94** |
| | | **Savings account, Wells Fargo Bank, Acct. No. xxxxxx3812** | | **436.00** |
| | | **Savings account, Wells Fargo Bank, Acct. No. xxxxxx8844** | | **145.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Security deposit with landlord** | | **7,700.00** |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **Household goods and furnishings** | | **7,500.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Framed paintings** | | **2,000.00** |
| | | **Framed photographs** | | **1,500.00** |
| | | **Framed posters** | | **500.00** |
| 6. Wearing apparel. | | **Clothing** | | **4,500.00** |
| 7. Furs and jewelry. | | **Men's 1999 Rolex Submariner watch** | | **3,400.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Miscellaneous sporting goods** | | **250.00** |
| | | **Motorcycle riding gear** | | **1,000.00** |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Whole life insurance policy, MassMutual, Policy #xxxx6887; cash surrender value is listed** | | **341.22** |
| | | **Whole life insurance policy, New York Life, Policy #xxxx9394; no net cash surrender value** | | **0.00** |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401(k) account held at Transamerica Retirement Solutions** | | **13,608.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% ownership of Debtor's loan-out corporation Jcaro Management, Inc., no assets or accounts** | | **0.00** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) – Cont.

IN RE **Caro, Julio C**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Retainer funds held by Weintraub & Selth for post-petition work** | | **1,472.00** |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1973 Porsche 914, 104,800 miles** | | **8,000.00** |
| | | **1984 BMW motorcycle, 22,800 miles** | | **3,000.00** |
| | | **2006 Lexus RX400h, 180,720 miles** | | **6,000.00** |
| | | **2013 Audi Allroad; 24,604 miles; title and loan in name of Debtor's spouse only** | | **36,264.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) – Cont.

IN RE **Caro, Julio C**
_____   Case No. _____
                          Debtor(s)                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **98,791.03** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/13)

IN RE **Caro, Julio C** _____  Case No. _____

Debtor(s)                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash on hand** | CCCP § 703.140(b)(5) | 100.00 | 100.00 |
| **Checking account, Wells Fargo Bank, Acct. No. xxxxxx1995** | CCCP § 703.140(b)(5) | 352.87 | 352.87 |
| **Checking account, Wells Fargo Bank, Acct. No. xxxxxx2449** | CCCP § 703.140(b)(5) | 721.94 | 721.94 |
| **Savings account, Wells Fargo Bank, Acct. No. xxxxxx3812** | CCCP § 703.140(b)(5) | 436.00 | 436.00 |
| **Savings account, Wells Fargo Bank, Acct. No. xxxxxx8844** | CCCP § 703.140(b)(5) | 145.00 | 145.00 |
| **Household goods and furnishings** | CCCP § 703.140(b)(3) | 7,500.00 | 7,500.00 |
| **Framed paintings** | CCCP § 703.140(b)(3) | 2,000.00 | 2,000.00 |
| **Framed photographs** | CCCP § 703.140(b)(3) | 1,500.00 | 1,500.00 |
| **Framed posters** | CCCP § 703.140(b)(3) | 500.00 | 500.00 |
| **Clothing** | CCCP § 703.140(b)(3) | 4,500.00 | 4,500.00 |
| **Men's 1999 Rolex Submariner watch** | CCCP § 703.140(b)(4)<br>CCCP § 703.140(b)(5) | 1,525.00<br>1,875.00 | 3,400.00 |
| **Miscellaneous sporting goods** | CCCP § 703.140(b)(3) | 250.00 | 250.00 |
| **Motorcycle riding gear** | CCCP § 703.140(b)(3) | 1,000.00 | 1,000.00 |
| **Whole life insurance policy, MassMutual, Policy #xxxx6887; cash surrender value is listed** | CCCP § 703.140(b)(8) | 341.22 | 341.22 |
| **401(k) account held at Transamerica Retirement Solutions** | CCCP § 703.140(b)(10)(E) | 13,608.00 | 13,608.00 |
| **Retainer funds held by Weintraub & Selth for post-petition work** | CCCP § 703.140(b)(5) | 1,472.00 | 1,472.00 |
| **1973 Porsche 914, 104,800 miles** | CCCP § 703.140(b)(2)<br>CCCP § 703.140(b)(5) | 5,100.00<br>2,900.00 | 8,000.00 |
| **1984 BMW motorcycle, 22,800 miles** | CCCP § 703.140(b)(5) | 3,000.00 | 3,000.00 |
| **2006 Lexus RX400h, 180,720 miles** | CCCP § 703.140(b)(5) | 6,000.00 | 6,000.00 |

_* Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment._

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE **Caro, Julio C**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Santander Consumer USA**<br>**P.O. Box 560284**<br>**Dallas, TX  75356-0284** | X | | **Automobile loan for Audi Allroad; title and loan in name of Debtor's spouse only; 10/2014**<br><br>VALUE $ **36,264.00** | | | | 41,615.00 | 5,351.00 |
| ACCOUNT NO.<br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br> | | | <br><br>VALUE $ | | | | | |

_____ **0** continuation sheets attached

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | $ 41,615.00 | $ 5,351.00 |
| Total<br>(Use only on last page) | $ 41,615.00 | $ 5,351.00 |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE  Caro, Julio C _____    Case No. _____
           Debtor(s)                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

IN RE **Caro, Julio C**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Franchise Tax Board**<br>**Attention: Bankruptcy**<br>**P.O. Box 2952**<br>**Sacramento, CA 95812-2952** | | X | Unpaid 2013 state income taxes | | | | 15,955.13 | 15,955.13 | |
| ACCOUNT NO.<br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | | X | Unpaid 2013 federal income taxes | | | | 22,815.00 | 22,815.00 | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **38,770.13** $ **38,770.13** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ **38,770.13**

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) $ **38,770.13** $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE __Caro, Julio C_____                              Case No. _____
              Debtor(s)                                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3622**<br>**Capital One**<br>**P.O. Box 30285**<br>**Salt Lake City, UT  84130-0285** | | | **Credit card; last used 11/2014** | | | | 4,249.60 |
| ACCOUNT NO. **0337**<br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA  19101-7346** | X | | **Unpaid 2007 federal income taxes** | | | | 6,900.00 |
| ACCOUNT NO.<br>**Macy's**<br>**P.O. Box 8066**<br>**Mason, OH  45040** | | | **Credit card; last used 10/2014** | | | | 1,513.00 |
| ACCOUNT NO.<br>**Marc Toberoff**<br>**22837 Pacific Coast Highway, Suite B348**<br>**Malibu, CA  90265** | | | **Promissory Note to resolve partnership dispute; 1999** | | | | 318,447.99 |

   **1** continuation sheets attached

Subtotal
(Total of this page) $ **331,110.59**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Caro, Julio C

Debtor(s)                                                    Case No. _____
                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9643**<br>**Pacific Gas & Electric**<br>**77 Beale St., 32nd Fl.**<br>**San Francisco, CA  94105** | | | Past due utility bill; Debtor was victim of identity theft | | | X | 3,929.44 |
| ACCOUNT NO.<br>**GC Services Limited Partnership**<br>**P.O. Box 2667**<br>**Houston, TX  77252** | | | Assignee or other notification for: Pacific Gas & Electric | | | | |
| ACCOUNT NO.<br>**Pacific Gas and Electric Company**<br>**P.O. Box 997300**<br>**Sacramento, CA  95899-7300** | | | Assignee or other notification for: Pacific Gas & Electric | | | | |
| ACCOUNT NO.<br>**Safeco Insurance Company**<br>**P.O. Box 25150**<br>**Santa Ana, CA  92799** | | | Claim arising from automobile accident; 9/2013 | | | X | 6,829.78 |
| ACCOUNT NO.<br>**Thomas George Associates**<br>**Insurance Recovery Division**<br>**P.O. Box 30**<br>**East Northport, NY  11731-0030** | | | Assignee or other notification for: Safeco Insurance Company | | | | |
| ACCOUNT NO.<br>**U.S. Department Of Education**<br>**P.O. Box 5609**<br>**Greenville, TX  75403** | | | Parent Plus student loan for Debtor's daughter; 2014 | | | | 17,545.00 |
| ACCOUNT NO. | | | | | | | |

Sheet no. ___**1**___ of ___**1**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 28,304.22

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ 359,414.81

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Caro, Julio C** _____    Case No. _____
                        Debtor(s)                                    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

  Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Toyota Financial Services**<br>**P.O. Box 8026**<br>**Cedar Rapids, IA  52408-8026** | **Lease of 2012 Toyota Prius, $694.56 per month** |
| **Daniel Altiere**<br>**3209 Prarie Clover Path**<br>**Austin, TX  78732** | **Lease of Debtor's residence** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE __Caro, Julio C_____    Case No. _____
                          Debtor(s)                                                                (If known)

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Caro, Jacqueline C**<br>**4711 Abbeyville Ave.**<br>**Woodland Hills, CA  91364** | **(nondebtor spouse)** |
| **Jacqueline C. Caro**<br>**4711 Abbeyville Ave.**<br>**Woodland Hills, CA  91364** | **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA  19101-7346**<br><br>**Franchise Tax Board**<br>**Attention: Bankruptcy**<br>**P.O. Box 2952**<br>**Sacramento, CA  95812-2952**<br><br>**Santander Consumer USA**<br>**P.O. Box 560284**<br>**Dallas, TX  75356-0284**<br><br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA  19101-7346** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Fill in this information to identify your case:**

Debtor 1    __Julio C Caro__
         First Name         Middle Name         Last Name

Debtor 2
(Spouse, if filing) First Name         Middle Name         Last Name

United States Bankruptcy Court for the: Central District of California

Case number _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition
    chapter 13 income as of the following date:
    _____
    MM / DD / YYYY

## Official Form 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may Include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☑ Not employed |
| Occupation | Film & Television Producer | |
| Employer's name | Self Employed | |
| Employer's address | 4711 Abbeyville Ave.<br>Number   Street | Number   Street |
| | Woodland Hills, CA  91364-0000<br>City     State     ZIP Code | City     State     ZIP Code |
| How long employed there? | 20 years | |

## Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.   $ __0.00__ | $ __0.00__ |
| 3. | **Estimate and list monthly overtime pay.** | 3.   + $ __0.00__ | + $ __0.00__ |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4.   $ __0.00__ | $ __0.00__ |

Debtor 1 __**Julio C Caro**_____   Case number (if known)_____
      First Name    Middle Name    Last Name

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here ..................................................➜ | 4. | $_____0.00 | $_____0.00 |
| 5. | **List all payroll deductions:** | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $_____0.00 | $_____0.00 |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $_____0.00 | $_____0.00 |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $_____0.00 | $_____0.00 |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $_____0.00 | $_____0.00 |
| | 5e. **Insurance** | 5e. | $_____0.00 | $_____0.00 |
| | 5f. **Domestic support obligations** | 5f. | $_____0.00 | $_____0.00 |
| | 5g. **Union dues** | 5g. | $_____0.00 | $_____0.00 |
| | 5h. **Other deductions.** Specify: _____ | 5h. | + $_____0.00 | + $_____0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $_____0.00 | $_____0.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $_____0.00 | $_____0.00 |
| 8. | **List all other income regularly received:** | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** | | | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $____18,000.00 | $_____0.00 |
| | 8b. **Interest and dividends** | 8b. | $_____0.00 | $_____0.00 |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | | | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $_____0.00 | $_____0.00 |
| | 8d. **Unemployment compensation** | 8d. | $_____0.00 | $_____0.00 |
| | 8e. **Social Security** | 8e. | $_____0.00 | $_____0.00 |
| | 8f. **Other government assistance that you regularly receive** | | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | $_____0.00 | $_____0.00 |
| | Specify: _____ | 8f. | | |
| | 8g. **Pension or retirement income** | 8g. | $_____0.00 | $_____0.00 |
| | 8h. **Other monthly income.** Specify: _____ | 8h. | + $_____0.00 | + $_____0.00 |
| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $____18,000.00 | $_____0.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $__18,000.00 + | $_____0.00 = $__18,000.00 |
| 11. | **State all other regular contributions to the expenses that you list in *Schedule J.*** | | | |

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____     11. + $_____0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies    12.   $__18,000.00

                                                                                         **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
☑ Yes. Explain:   **See Continuation Sheet**

IN RE __Caro, Julio C_____    Case No. _____
                                Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 2

Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**Debtor was a salaried producer until 10/28/2014 with some additional consulting income.  Debtor is now exclusively self-employed and expects to obtain production jobs on free-lance basis.**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Fill in this information to identify your case:**

Debtor 1    **Julio C Caro** _____
            First Name            Middle Name            Last Name

Debtor 2    _____
(Spouse, if filing)  First Name            Middle Name            Last Name

United States Bankruptcy Court for the: Central District of California

Case number  _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☑ No.  Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 18 | ☐ No ☑ Yes |
| Son | 12 | ☐ No ☑ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

|  |  | **Your expenses** |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $ 3,600.00 |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. | $ 0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $ 0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $ 0.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $ 0.00 |

| Debtor 1 | **Julio C Caro** | | | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | **Your expenses** |
|---|---|

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence**, such as home equity loans | 5. | $ 0.00 |
| 6. | **Utilities:** | | |
| 6a. | Electricity, heat, natural gas | 6a. | $ 240.00 |
| 6b. | Water, sewer, garbage collection | 6b. | $ 235.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 378.00 |
| 6d. | Other. Specify: _____ | 6d. | $ 0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ 850.00 |
| 8. | **Childcare and children's education costs** | 8. | $ 4,208.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ 200.00 |
| 10. | **Personal care products and services** | 10. | $ 50.00 |
| 11. | **Medical and dental expenses** | 11. | $ 75.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 450.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 500.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. | Life insurance | 15a. | $ 1,229.00 |
| 15b. | Health insurance | 15b. | $ 1,153.00 |
| 15c. | Vehicle insurance | 15c. | $ 528.00 |
| 15d. | Other insurance. Specify: _____ | 15d. | $ 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: **Estimated Tax Payments On Self-Employment Income** | 16. | $ 3,000.00 |
| 17. | **Installment or lease payments:** | | |
| 17a. | Car payments for Vehicle 1 | 17a. | $ 710.00 |
| 17b. | Car payments for Vehicle 2 | 17b. | $ 694.00 |
| 17c. | Other. Specify: _____ | 17c. | $ 0.00 |
| 17d. | Other. Specify: _____ | 17d. | $ |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income** (Official Form 6I). | 18. | $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | $ 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | |
| 20a. | Mortgages on other property | 20a. | $ 0.00 |
| 20b. | Real estate taxes | 20b. | $ 0.00 |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| 20e. | Homeowner's association or condominium dues | 20e. | $ 0.00 |

Debtor 1    **Julio C Caro**
_____
   First Name     Middle Name     Last Name                            Case number *(if known)*_____

21.   **Other**. Specify: _____      21.   +$_____0.00_____

22.   **Your monthly expenses.** Add lines 4 through 21.
      The result is your monthly expenses.         22.   $_____18,100.00_____

23.   **Calculate your monthly net income.**

     23a.   Copy line 12 (*your combined monthly income*) from *Schedule I.*     23a.   $_____18,000.00_____

     23b.   Copy your monthly expenses from line 22 above.     23b.   −$_____18,100.00_____

     23c.   Subtract your monthly expenses from your monthly income.
          The result is your *monthly net income.*     23c.   $_____-100.00_____

24.   **Do you expect an increase or decrease in your expenses within the year after you file this form?**

     For example, do you expect to finish paying for your car loan within the year or do you expect your
     mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ☑ No.

   ☐ Yes.    **None**

**United States Bankruptcy Court**

**Central District of California**

IN RE:                                                                                    Case No. _____

**Caro, Julio C** _____    Chapter **7** _____

                        Debtor(s)

## BUSINESS INCOME AND EXPENSES

**FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS** (Note: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A** - GROSS BUSINESS INCOME FOR THE PREVIOUS 12 MONTHS:

   1.  Gross Income For 12 Months Prior to Filing:                          $ _____ **60,000.00**

**PART B** - ESTIMATED AVERAGE FUTURE <u>GROSS</u> MONTHLY INCOME:

   2.  Gross Monthly Income:                                                      $ _____ **18,000.00**

**PART C** - ESTIMATED FUTURE MONTHLY EXPENSES:

   3.  Net Employee Payroll (Other Than Debtor)                          $ _____
   4.  Payroll Taxes                                                              $ _____
   5.  Unemployment Taxes                                                    $ _____
   6.  Worker's Compensation                                                $ _____
   7.  Other Taxes                                                              $ _____
   8.  Inventory Purchases (Including raw materials)                    $ _____
   9.  Purchase of Feed/Fertilizer/Seed/Spray                          $ _____
10.  Rent (Other than debtor's principal residence)                    $ _____
11.  Utilities                                                                    $ _____
12.  Office Expenses and Supplies                                          $ _____
13.  Repairs and Maintenance                                              $ _____
14.  Vehicle Expenses                                                      $ _____
15.  Travel and Entertainment                                            $ _____
16.  Equipment Rental and Leases                                        $ _____
17.  Legal/Accounting/Other Professional Fees                          $ _____
18.  Insurance                                                                $ _____
19.  Employee Benefits (e.g., pension, medical, etc.)                  $ _____
20.  Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition
     Business Debts (Specify):                                            $ _____

21.  Other (Specify):                                                        $ _____

22.  Total Monthly Expenses (Add items 3-21)                          $ _____

**PART D** - ESTIMATED AVERAGE <u>NET</u> MONTHLY INCOME

23.  **AVERAGE NET MONTHLY INCOME** (Subtract Item 22 from Item 2)    $ _____ **18,000.00**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE __Caro, Julio C_____    Case No. _____
                              Debtor(s)                                            (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**21** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **December 17, 2014**_____    Signature: _*/s/ Julio C Caro*_____
                                                    **Julio C Caro**                            Debtor

Date: _____    Signature: _____
                                                        (Joint Debtor, if any)
                            [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____    _____
Signature of Bankruptcy Petition Preparer                     Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____

_____
                                           (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (04/13)

**United States Bankruptcy Court**
**Central District of California**

IN RE:                                                                                          Case No. _____

**Caro, Julio C**                                                                            Chapter **7**
                                              Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2),(31).

---

**1. Income from employment or operation of business**

None  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business,
☐   including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT      SOURCE
**120,545.44   2012 gross income**

**283,941.28   2013 gross income**

**233,000.00   2014 YTD gross income (estimated)**

---

**2. Income other than from employment or operation of business**

None  State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the
☑   **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None  *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other
☑   debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None    *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,255.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

      * *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA  19101-7346** | **12/12/2014** | **25,000.00** | **22,815.00** |

None    *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) ☑

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Marc Toberoff v. Julio Caro; Case No. SC123076** | **Lawsuit on Promissory Note** | **Los Angeles County Superior Court; West District** | **Pending** |

None    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) ☑

### 5. Repossessions, foreclosures and returns

None    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) ☑

### 6. Assignments and receiverships

None    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.) ☑

None    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) ☑

### 7. Gifts

None    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) ☑

### 8. Losses

None    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) ☑

### 9. Payments related to debt counseling or bankruptcy

None    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR 10/17/2014 | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY 5,000.00 |
|---|---|---|
| **Weintraub & Selth, APC** **11766 Wilshire Blvd., Suite 1170** **Los Angeles, CA  90025** | | |

## 10. Other transfers

None ☐   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Lampshade Entertainment, Inc.** **216 F St., Suite 6** **Davis, CA  95616** **None** | **12/12/2014** | **1995 Porsche 911 / $25,000; all funds paid to IRS on past due taxes** |

None ☑   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

## 11. Closed financial accounts

None ☐   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **City National Bank** **400 N. Roxbury Dr.** **Beverly Hills, CA  90210** | **Checking account; Acct. No. xxxx4003** | **$.00 or overdrawn / 9/2014** |
| **City National Bank** **400 N. Roxbury Dr.** **Beverly Hills, CA  90210** | **Joint checking account with non-debtor spouse; Acct. No. xxxxxx2925** | **$500.00 / 9/2014** |

## 12. Safe deposit boxes

None ☑   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 13. Setoffs

None ☑   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 14. Property held for another person

None ☐   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Debtor's 18-Year Old Daughter** **4711 Abbeyville Ave.** **Woodland Hills, CA  91364** | **Checking account with funds belonging to Debtor's 18-year old daughter, Debtor is on account since it was opened when she was a minor, Acct, No. xxxxx2001; $6.71** | **Wells Fargo, Woodland Hills branch** |
| **Debtor's 18-Year Old Daughter** **4711 Abbeyville Ave.** **Woodland Hills, CA  91364** | **Savings account with funds belonging to Debtor's 18-year old daughter, Debtor is on account since it was opened when she was a minor, Acct, No. xxxxx8851; $1,525.02** | **Wells Fargo Bank, Woodland Hills branch** |
| **Debtor's 12-Year Old Son** | **Checking account with funds belonging to** | **Wells Fargo Bank, Woodland** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| 4711 Abbeville Ave.<br>Woodland Hills, CA  91364 | Debtor's 12-Year old son; Debtor is on account since opened for a minor, Acct, No. xxxxx2019; $111.24 | Hills branch |
| Debtor's 12-Year Old Son<br>4711 Abbeville Ave.<br>Woodland Hills, CA  91364 | Savings account with funds belonging to Debtor's 12-year old son; Debtor is on account since opened for a minor, Acct, No. xxxxx8844; $145.00 | Wells Fargo Bank, Woodland Hills branch |
| Hillbilly Highway, The Film, LLC<br>23110 Fisher St.<br>Perris, CA  92570 | Bank accounts; Acct. Nos. xxxxxx1697 ($713.57) and xxxxxx3146 ($3,695.73) | Wells Fargo Bank |

**Debtor is not an owner or manager of this entity, and is listed with the bank as someone with access to account information to advise the members regarding disbursements.  Debtor has no interest in the funds and no ability to withdraw funds or write checks.**

---

**15. Prior address of debtor**

None ☐  If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 144 Mabery Rd., Santa Monica, CA 90402 | | 5/2000-10/2012 |
| 24355 Little Valley Road, Hidden Hills, CA 91302 | | 11/2012-7/2013 |

---

**16. Spouses and Former Spouses**

None ☐  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME
Jacqueline C. Caro; 9/1994-present

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

---

None ☑  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Broken Rose Productions, Inc.** | **95-4754302** | **9000 Sunset Blvd., Suite 709 West Hollywood, CA 90069-0000** | **Loan-out corporation; no activity or assets** | **1999-2009** |
| **Two Wolves Filmed Entertainment, Inc.** | **47-1015658** | **5354 Denny Ave., Suite 126 North Hollywood, CA 91601-0000** | **Film production** | **2014-present** |

**Debtor is non-owner informal manager of company who is paid consulting fees when performing tasks for the company.**

| | | | | |
|---|---|---|---|---|
| **Jcaro Management, Inc.** | **47-1616179** | **4711 Abbeyville Ave. Woodland Hills, CA 91364-0000** | **Loan-out corporation** | **9/2014-present** |

None ☑   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☑   a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None ☑   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☑   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☑   d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within the **two years** immediately preceding the commencement of this case.

**20. Inventories**

None ☑   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

**22. Former partners, officers, directors and shareholders**

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **December 17, 2014**    Signature   */s/ Julio C Caro*
of Debtor                                                                          **Julio C Caro**

Date: _____    Signature _____
of Joint Debtor
(if any)

_____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

B8 (Official Form 8) (12/08)

**United States Bankruptcy Court**
**Central District of California**

IN RE:                                                                    Case No. _____

Caro, Julio C                                                       Chapter **7** _____
_____
Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |
| Property will be *(check one)*:<br>☐ Surrendered   ☐ Retained<br><br>If retaining the property, I intend to *(check at least one)*:<br>☐ Redeem the property<br>☐ Reaffirm the debt<br>☐ Other. Explain _____   (for example, avoid lien using 11 U.S.C. § 522(f)).<br><br>Property is *(check one)*:<br>☐ Claimed as exempt   ☐ Not claimed as exempt | |

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |
| Property will be *(check one)*:<br>☐ Surrendered   ☐ Retained<br><br>If retaining the property, I intend to *(check at least one)*:<br>☐ Redeem the property<br>☐ Reaffirm the debt<br>☐ Other. Explain _____   (for example, avoid lien using 11 U.S.C. § 522(f)).<br><br>Property is *(check one)*:<br>☐ Claimed as exempt   ☐ Not claimed as exempt | |

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**Toyota Financial Services** | **Describe Leased Property:**<br>**Lease of 2012 Toyota Prius, $694.56 per month** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☑ Yes  ☐ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes  ☐ No |

_____ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _____**December 17, 2014**_____          ***/s/ Julio C Caro***_____
                                                                              Signature of Debtor

                                                                              _____
                                                                              Signature of Joint Debtor

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
## Central District of California

IN RE:                                                                            Case No. _____

**Caro, Julio C** _____    Chapter **7** _____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**5,000.00**

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**5,000.00**

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**0.00**

2. The source of the compensation paid to me was:  ☑ Debtor   ☐ Other (specify)

3. The source of compensation to be paid to me is:  ☐ Debtor   ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
   e.   [Other provisions as needed]
   **Communication with Chapter 7 Trustee and U.S. Trustee**

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:
   **Litigation of any kind**

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____**December 17, 2014**_____          **/s/ James R. Selth**
Date                                           **James R. Selth 123420**
                                               **Weintraub & Selth, APC**
                                               **11766 Wilshire Blvd., Suite 1170**
                                               **Los Angeles, CA  90025**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. | FOR COURT USE ONLY |
|---|---|
| **James R. Selth  - Bar #123420**<br>**WEINTRAUB & SELTH**<br>**11766 Wilshire Blvd., Suite 1170**<br>**Los Angeles, CA  90025**<br><br>Phone:  (310) 207-1494<br>Fax:  (310) 442-0660<br><br>☒ *Attorney for* Debtor, JULIO C. CARO | |

<div align="center">

**United States Bankruptcy Court**
**Central District of California**

</div>

| In re :<br><br>   **JULIO C. CARO** | CASE NO:<br>CHAPTER  **7** |
|---|---|
| | **DECLARATION RE: LIMITED SCOPE OF**<br>**APPEARANCE PURSUANT TO LBR 2090-1** |
| <div align="right">Debtor (s).</div> | [No Hearing Required] |

TO THE COURT, THE DEBTOR, THE TRUSTEE (if any), AND THE UNITED STATES TRUSTEE:

1.   I am the attorney for the Debtor in the above-captioned bankruptcy case.

2.   On October 21, 2014, I agreed with the Debtor that for a fee of $5,000.00, I would provide the following services only:
    a.   ☒ Prepare and file the Petition and Schedules
    b.   ☒ Represent the Debtor at the 341(a) Meeting
    c.   ☐ Represent the Debtor in any relief from stay motions
    d.   ☐ Represent the Debtor in any proceeding involving an objection to Debtor's discharge pursuant to 11 U.S.C. § 727
    e.   ☐ Represent the Debtor in any proceeding to determine whether a specific debt is nondischargeable under
         11 U.S.C. § 523
    f.   ☒ Other *(specify)*:  Communication with Chapter 7 Trustee and U.S. Trustee

3.   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this
declaration was executed on the following date at the city set forth in the upper left-hand corner of the prior page.

Date   **December 17, 2014**                   **Weintraub & Selth, APC**
                                       Printed name of law firm

I HEREBY APPROVE THE ABOVE:


/s/ *Julio C. Caro*                    /s/ *James R.. Selth*
Signature of Debtor                    Signature of attorney

                                       **James R. Selth**
                                      Printed name of attorney

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

February 2006                                                              2006 USBC Central District of California

| United States Bankruptcy Court<br>Central District of California | |
|---|---|
| In re<br>**Caro, Julio C**<br><div align="right">Debtor(s).</div> | CHAPTER: **7**<br>CASE NO.: |

## DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME

## PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to <u>one</u> of the following statements:

I, **Caro, Julio C** _____, the debtor in this case, declare under penalty

      *(Print Name of Debtor)*

of perjury under the laws of the United States of America that:

☒    I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
    *(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☐    I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐    I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, _____, the debtor in this case, declare under penalty of

      *(Print Name of Joint Debtor, if any)*

perjury under the laws of the United States of America that:

☐    I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
    *(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☐    I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐    I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date: **December 17, 2014** _____    Signature ***/s/ Julio C Caro*** _____
                                            *Debtor*

Date: _____    Signature _____
                                       *Joint Debtor (if any)*

CONFIDENTIAL INFORMATION - FOR INTERNAL USE ONLY

# BMP CORPORATE
## DETAIL EARNINGS REPORT

Group: 00000001

Fld: 00000000  BMP CORPORATE
Business Type: ALL TYPES
Sort By: REGULAR/PROCESS W/E

Page        0001
Run Date    12/17/14
Run Time    05:36:50

PROCESS DATE: FROM 09/30/2014 TO 12/31/2014

THIS CLIENT: 00028947

PROD CO: BUNIM MURRAY PRODUCTIONS

---

CARO/JULIO
INV AJM613
CAA AJM613

CHK DATE   RATE ----- HOURS -----   AMOUNT --
09/30/14   REG                      3,846.16
           TOTAL                    3,846.16

CLT GROSS  /  /                     153,846.40  TAX ID ***-**-0337  W-4 M/99  WKDY 5  TXDY 5  UN X/PROD  WK ST CA  US RS ST CA  US NET

EXECUTIVE PRODUCER
       EMPLOYEE DEDUCTIONS          DIRDEP      3,316.46
       FICA MED        53.96        MEDICA       124.78
       STATE RS CA      4.80        NODCCR       192.31
                       58.76        401K         153.85
                                    TOTAL      3,787.40

       -- EMPLOYER FRINGE --
       FICA MED        53.96
       HNDL FEE        12.50
       WKR COMP CA     94.08
       TOTAL          160.54

CK #0019799450

---

CARO/JULIO
INV AKO048
CAA AKO048

CHK DATE   RATE ----- HOURS -----   AMOUNT --
10/07/14   REG                      3,846.16
           TOTAL                    3,846.16

CLT GROSS  /  /                     157,692.56  TAX ID ***-**-0337  W-4 M/99  WKDY 5  TXDY 5  UN X/PROD  WK ST CA  US RS ST CA  US NET

EXECUTIVE PRODUCER
       EMPLOYEE DEDUCTIONS          DIRDEP      3,316.46
       FICA MED        53.96        MEDICA       124.78
       STATE RS CA      4.80        NODCCR       192.31
                       58.76        401K         153.85
                                    TOTAL      3,787.40

       -- EMPLOYER FRINGE --
       FICA MED        53.96
       HNDL FEE        12.50
       WKR COMP CA     94.08
       TOTAL          160.54

CK #0019866536

---

CARO/JULIO
INV AKK290
CAA AKK290

CHK DATE   RATE ----- HOURS -----   AMOUNT --
10/14/14   SICK                     2,307.70
           REG         1,538.46
           TOTAL                    3,846.16

CLT GROSS  /  /                     161,538.72  TAX ID ***-**-0337  W-4 M/99  WKDY 5  TXDY 5  UN X/PROD  WK ST CA  US RS ST CA  US NET

EXECUTIVE PRODUCER
       EMPLOYEE DEDUCTIONS          DIRDEP      3,316.46
       FICA MED        53.96        MEDICA       124.78
       STATE RS CA      4.80        NODCCR       192.31
                       58.76        401K         153.85
                                    TOTAL      3,787.40

       -- EMPLOYER FRINGE --
       FICA MED        53.96
       HNDL FEE        12.50
       WKR COMP CA     94.08
       TOTAL          160.54

CK #0019927351

---

CARO/JULIO
INV AKO542
CAA AKO542

CHK DATE   RATE ----- HOURS -----   AMOUNT --
10/21/14   REG                      3,076.93
           SICK                       769.23
           TOTAL                    3,846.16

CLT GROSS  /  /                     165,384.88  TAX ID ***-**-0337  W-4 M/99  WKDY 5  TXDY 5  UN X/PROD  WK ST CA  US RS ST CA  US NET

EXECUTIVE PRODUCER
       EMPLOYEE DEDUCTIONS          DIRDEP      3,316.46
       FICA MED        53.96        MEDICA       124.78
       STATE RS CA      4.80        NODCCR       192.31
                       58.76        401K         153.85
                                    TOTAL      3,787.40

       -- EMPLOYER FRINGE --
       FICA MED        53.96
       HNDL FEE        12.50
       WKR COMP CA     94.08
       TOTAL          160.54

CK #0019998432

CONFIDENTIAL INFORMATION - FOR INTERNAL USE ONLY

# BMP CORPORATE
## DETAIL EARNINGS REPORT

Group: 00000001

Fid: 00000000   BMP CORPORATE
Business Type: ALL TYPES
Sort By: REGULAR/PROCESS W/E

Page       0002
Run Date   12/17/14
Run Time   05:36:50

PROCESS DATE: FROM 09/30/2014 TO 12/31/2014

THIS CLIENT: 00028947

PROD CO: BUNIM MURRAY PRODUCTIONS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CAA AKV461 | | | | | | | |
| INV AKV461 | CLT GROSS | | TAX ID ***-**-0337 | W-4 M/99 | LAST DATE WORKED 10/24/2014 | | |
| CARO/JULIO | | | | | WKDY 0 | TXDY 5 | UN X/PROD | WK ST CA | US RS ST CA | CK #002007P5749 |
| CHK DATE | RATE ------ HOURS | AMOUNT -- | | FICA MED M/99 | EMPLOYEE DEDUCTIONS | EMPLOYER FRINGE -- | | |
| 10/23/14  REG | | 3,846.16 | | STATE RS CA | 55.77 | 124.78 FICA MED | 55.77 | NET |
| | TOTAL | 3,846.16 | | TOTAL | 108.75 | WKR COMP CA HNDL FEE | 12.50 | 3,737.41 |
| | | | | | | TOTAL | 162.35 | US |

(Rotated multi-column earnings report — columns include CLT GROSS, RATE, HOURS, AMOUNT, EMPLOYEE DEDUCTIONS, EMPLOYER FRINGE, NET)

| CHK DATE | RATE | HOURS | AMOUNT | FICA MED | EMPLOYEE DEDUCTIONS | EMPLOYER FRINGE | NET |
|---|---|---|---|---|---|---|---|
| CAA AKV461 | | | | | | | |
| INV AKV461 | CLT GROSS 169,231.04 | .0 | | W-4 M/99 | 10/24/2014 | | |
| CARO/JULIO | | | TAX ID ***-**-0337 | | WKDY 0 | TXDY 5 | UN X/PROD | CK #002007P5750 |
| 10/23/14 CURVAC | 40.5 | 3,901.04 | FICA MED | EMPLOYEE DEDUCTIONS | 56.57 | EMPLOYER FRINGE | NET |
| | 40.5 | 3,901.04 | STATE RS CA | 58.19 | 401K | FICA MED 56.57 | 3,785.88 |
| | TOTAL | 3,901.04 | TOTAL | 115.16 | | HNDL FEE 12.50 TOTAL 69.07 | US |

| CHK DATE | RATE | HOURS | AMOUNT | | EMPLOYEE DEDUCTIONS | EMPLOYER FRINGE | NET |
|---|---|---|---|---|---|---|---|
| CAA AKV753 | | | | | | | |
| INV AKV753 | CLT GROSS 173,132.08 | | TAX ID ***-**-0337 W-4 M/99 | LAST DATE WORKED 10/25/2014 | | | |
| CARO/JULIO | | .0 | | EXECUTIVE PRODUCER | WKDY 5 | TXDY 5 | UN X/PROD | WK ST CA | US RS ST CA | CK #002007927 |
| 10/23/14 REG | 40.5 | 3,846.16 | FICA MED | EMPLOYEE DEDUCTIONS 55.96 | MEDICA 24.48 | EMPLOYER FRINGE | .00 |
| | 40.5 | 3,846.16 | STATE RS CA | 58.44 | 401K | DIRDP2 78.44 | FICA MED 53.96 HNDL FEE 12.50 TOTAL 66.46 | NET .00 |
| | TOTAL | 3,846.16 | TOTAL | | | 3,489.09 | US |

| CHK DATE | RATE | HOURS | AMOUNT | | EMPLOYEE DEDUCTIONS | EMPLOYER FRINGE | NET |
|---|---|---|---|---|---|---|---|
| CAA AKV753 | | | | | | | |
| INV AKV753 | CLT GROSS 176,978.24 | .0 | TAX ID ***-**-0337 W-4 M/99 | 10/25/14 FINAL DAY WORKED | | | |
| CARO/JULIO | | | | EXECUTIVE PRODUCER | WKDY 5 | TXDY 5 | UN X/PROD | WK ST CA | US RS ST CA | CK #002007927 |
| 10/23/14 CURVAC | 40.5 | 3,846.16 | FICA MED | EMPLOYEE DEDUCTIONS 55.77 | MEDCA 37.24 | 401K 93.01 | EMPLOYER FRINGE 55.77 | .00 |
| | 40.5 | 3,846.16 | STATE RS CA | | DIRDP2 | FICA MED 55.77 HNDL FEE 12.50 TOTAL 68.27 | NET .00 |
| | TOTAL | | TOTAL | | | 3,753.15 | US |

| CHK DATE | RATE | HOURS | AMOUNT | | EMPLOYEE DEDUCTIONS | EMPLOYER FRINGE | NET |
|---|---|---|---|---|---|---|---|
| CAA AKV911 | | | | | | | |
| INV AKV911 | CLT GROSS 180,824.40 | | TAX ID ***-**-0337 W-4 M/99 | 10/25/2014 FINAL DAY WORKED | | | |
| CARO/JULIO | | | | EXECUTIVE PRODUCER | WKDY 5 | TXDY 5 | UN X/PROD | WK ST CA | US RS ST CA | CK #002007928 |
| 10/23/14 REG | 40.5 | 3,846.16 | FICA MED | EMPLOYEE DEDUCTIONS 53.96 | MEDCA 124.78 | 401K 192.31 | EMPLOYER FRINGE | 3,316.46 |
| | .0 | 3,846.16 | STATE RS CA | 4.80 | NQDCCR 153.85 | DIRDP2 3,599.30 | FICA MED 53.96 HNDL FEE 12.50 TOTAL 66.46 | NET |
| | TOTAL | | TOTAL | 58.76 | 401K 470.94 | 3,767.72 | US |

| CHK DATE | RATE | HOURS | AMOUNT | | EMPLOYEE DEDUCTIONS | EMPLOYER FRINGE | NET |
|---|---|---|---|---|---|---|---|
| CAA AKV911 | | | | | | | |
| INV AKV911 | CLT GROSS 176,923.36 | | TAX ID ***-**-0337 W-4 M/99 | LAST DATE WORKED 10/24/2014 | | | |
| CARO/JULIO | | .0 | | | WKDY 0 | TXDY 5 | UN X/PROD | WK ST CA | US RS ST CA | CK #002007P399 |
| | | | | | EMPLOYEE DEDUCTIONS | 52.98 | 94.08 | EMPLOYER FRINGE | |

CONFIDENTIAL INFORMATION - FOR INTERNAL USE ONLY

# BMP CORPORATE
## DETAIL EARNINGS REPORT

Group: 00000001

Fid: 00000000   BMP CORPORATE
Business Type: ALL TYPES
Sort By: REGULAR/PROCESS W/E

Page      0003
Run Date  12/17/14
Run Time  05:36:50

PROCESS DATE: FROM 09/30/2014 TO 12/31/2014

THIS CLIENT: 00028947

PROD CO: BUNIM MURRAY PRODUCTIONS

---

**CARO/JULIO — TAX ID ***-**-0337   W-4 M/99   LAST DATE WORKED 10/25/2014   FINAL DAY WORKED**

CHK DATE 10/23/14   CURVAC REG
INV AKV911
CAA AKV911
CARO/JULIO   CLT GROSS   180,824.40

| | RATE | HOURS | AMOUNT | EMPLOYEE DEDUCTIONS | | EMPLOYER FRINGE | |
|---|---|---|---|---|---|---|---|
| | 40.5- | 3,846.16- | EXECUTIVE PRODUCER | | | |
| | 40.5- | 3,901.04- | FICA MED 56.57 | NQDCCR 195.05 | FICA MED 56.57 | FICA MED 56.57 |
| TOTAL | | | STATE RS CA 22.68 | 401K 156.04 | HNDL FEE 12.50- | HNDL FEE 12.50- |
| | | | TOTAL 79.25 | TOTAL 351.09 | TOTAL 69.07 | TOTAL 69.07- |

NET 3,470.70   CK #0020079400

---

CHK DATE 10/23/14   CURVAC REG
INV AKV274
CAA AKV274
CARO/JULIO   CLT GROSS   176,978.24

| | RATE | HOURS | AMOUNT | EMPLOYEE DEDUCTIONS | | EMPLOYER FRINGE |
|---|---|---|---|---|---|---|
| | 40.5- | 3,846.16- | EXECUTIVE PRODUCER | | |
| | 40.5- | 3,846.16- | FICA MED 53.96 | 401K 124.78- | FICA MED 53.96 |
| TOTAL | .0 | | STATE RS CA 24.48- | MEDICA 118.85- | HNDL FEE 12.50- |
| | | | TOTAL 78.44- | TOTAL 3,483.08- | TOTAL 66.46- |

NET .00   CK #0020077927   CANCEL ONLY   CANCEL

---

CHK DATE 10/23/14   CURVAC
INV AKV274
CAA AKV274
CARO/JULIO   CLT GROSS   173,132.08   LAST DATE WORKED 10/24/2014

| | RATE | HOURS | AMOUNT | EMPLOYEE DEDUCTIONS | | EMPLOYER FRINGE |
|---|---|---|---|---|---|---|
| | 40.5- | 3,846.16- | EXECUTIVE PRODUCER | | |
| | 40.5- | 3,846.16- | FICA MED 55.77- | 401K 153.85- | FICA MED 55.77- |
| TOTAL | .0 | | STATE RS CA 37.24- | D1RD2 3,599.30- | HNDL FEE 12.50- |
| | | | TOTAL 93.01- | TOTAL 3,753.15- | TOTAL 68.27- |

NET 3,737.41-   CK #0020077928   CANCEL ONLY   CANCEL

---

CHK DATE 10/23/14   CURVAC
INV AKV797
CAA AKV797
CARO/JULIO   CLT GROSS   176,978.24   LAST DATE WORKED 10/24/2014   CANCEL ONLY

| | RATE | HOURS | AMOUNT | EMPLOYEE DEDUCTIONS | | EMPLOYER FRINGE |
|---|---|---|---|---|---|---|
| | 40.5- | 3,846.16- | EXECUTIVE PRODUCER | | |
| | 40.5- | 3,846.16- | FICA MED 52.98- | 401K 108.75- | FICA MED 55.77- |
| TOTAL | .0 | | STATE RS CA 55.77- | TOTAL | HNDL FEE 12.50- |
| | | | TOTAL | | TOTAL 68.27- |

NET 3,785.88-   CK #0020075749   CANCEL

---

CHK DATE 10/23/14   CURVAC
INV AKV797
CAA AKV797
CARO/JULIO   CLT GROSS   173,077.20   LAST DATE WORKED 10/25/2014   CANCEL ONLY

| | RATE | HOURS | AMOUNT | EMPLOYEE DEDUCTIONS | | EMPLOYER FRINGE |
|---|---|---|---|---|---|---|
| | 40.5- | 3,901.04- | EXECUTIVE PRODUCER | | |
| | 40.5- | 3,901.04- | FICA MED 56.57- | 401K .00 | FICA MED 56.57- |
| TOTAL | .0 | | STATE RS CA 58.59- | TOTAL | HNDL FEE 12.50- |
| | | | TOTAL 115.16- | | TOTAL 69.07- |

NET .00   CK #0020079750   CANCEL

CONFIDENTIAL INFORMATION - FOR INTERNAL USE ONLY

BMP CORPORATE
DETAIL EARNINGS REPORT

Page            0004
Run Date    12/17/14
Run Time   05:36:50

PROCESS DATE: FROM 09/30/2014 TO 12/31/2014

THIS CLIENT: 00028947

PROD CO: BUNIM MURRAY PRODUCTIONS

Group: 00000000
Fid: 00000000   BMP CORPORATE
Business Type: ALL TYPES
Sort By: REGULAR/PROCESS W/E

---

```
INV AKW989
CHK DATE            RATE -----   HOURS -----   AMOUNT --         M/99       TXDY  5   UN X/PROD        WK ST CA         US RS ST CA         CK #0020091619
10/27/14   CURVAC                      .0      2,451.35   FICA MED            122.57                                     FICA MED               NET
CARO/JULIO          TOTAL                       2,451.35   STATE RS CA         98.05                                     HNDL FEE      12.50    2,195.18
INV AKW989   CLT GROSS     /     110,769.50   TAX ID ***-**-0337   W-4  M/99   WKDY   0   TXDY   2   UN X/PROD                            WKR COMP CA   25.16
CAA AKW989                                                 EXECUTIVE PRODUCER          MEDICA     124.78                  WK ST CA     US RS ST CA   73.21
```

---

```
INV AKW989
CHK DATE            RATE -----   HOURS -----   AMOUNT --         M/99                          UN X/PROD        WK ST CA         US RS ST CA         CK #0020091618
10/27/14   CURVAC                      .0      769.23     FICA MED            124.78                             FICA MED      53.96     NET
REG                                            769.23     MEDICA    20.50    NODCCR     76.92                    HNDL FEE      12.50   1,254.72
CARO/JULIO          TOTAL                       1,538.46   TOTAL                401K      61.54                   WKR COMP CA   68.92
INV AKW989   CLT GROSS     /     169,231.04   TAX ID ***-**-0337   W-4  M/99   VACATION DAY 10/24/2014  UN X/PROD   EMPLOYER FRINGE --   US RS ST CA   101.92
CAA AKW989                                                 EMPLOYEE DEDUCTIONS         263.24  TOTAL   470.94     WKR COMP CA   160.54
```

---

```
INV AKW979
CHK DATE            RATE -----   HOURS -----   AMOUNT --         M/99                          UN X/PROD        WK ST CA         US RS ST CA         CK #0020079400
10/27/14   CURVAC                      .0      3,846.16   FICA MED            195.05                             FICA MED      56.57    CANCEL
REG                                            3,901.04   STATE RS CA         58.76     401K   156.04            HNDL FEE      12.50   3,470.70-
CARO/JULIO          TOTAL                       3,901.04   TOTAL                 401K     351.09-                 WKR COMP CA   94.08
INV AKW979   CLT GROSS     /     165,384.88   TAX ID ***-**-0337   W-4  M/99   CANCEL ONLY PER CLIENT   UN X/PROD   EMPLOYER FRINGE --   US RS ST CA   163.15-
CAA AKW979                                                 EMPLOYEE DEDUCTIONS                 TOTAL                                    CANCEL
```

---

```
INV AKW979
CHK DATE            RATE -----   HOURS -----   AMOUNT --         M/99       WKDY   5   TXDY  5-  UN X/PROD        WK ST CA         US RS ST CA         CK #0020079399
10/23/14   CURVAC         40.5-                 3,901.04-  FICA MED            4.80                              FICA MED      53.96    CANCEL
REG        40.5-                                3,901.04-  STATE RS CA         22.68-   NODCCR                   HNDL FEE      12.50   3,316.46-
CARO/JULIO          TOTAL                       3,846.16-  TOTAL                 401K                            WKR COMP CA   94.08
INV AKW979   CLT GROSS     /     169,285.92   TAX ID ***-**-0337   W-4  M/99   CANCEL ONLY PER CLIENT   UN X/PROD   EMPLOYER FRINGE --   US RS ST CA
CAA AKW979                                                 EMPLOYEE DEDUCTIONS                 TOTAL                                    CANCEL
```

---

```
INV AKW979
CHK DATE            RATE -----   HOURS -----   AMOUNT --         M/99                          UN X/PROD        WK ST CA         US RS ST CA         CK #0020079399
10/23/14   REG                        .0      3,846.16   FICA MED            53.96            NODCCR             FICA MED      53.96    3,316.46-
CARO/JULIO          TOTAL                       3,846.16   STATE RS CA         4.80-    401K                     HNDL FEE      12.50
                                                          TOTAL                 58.76-   TOTAL                  WKR COMP CA   66.46-
```

CONFIDENTIAL INFORMATION - FOR INTERNAL USE ONLY

PROCESS DATE: FROM 09/30/2014 TO 12/31/2014

THIS CLIENT: 00028947

PROD CO: BUNIM MURRAY PRODUCTIONS

| CAA AKW989 | CLT GROSS | 173,220.85 | LAST DATE WORKED 10/28/2014 | 10/28/2014 LAST DAY |
|---|---|---|---|---|

BMP CORPORATE
DETAIL EARNINGS REPORT

Group: 00000001

Fid: 00000000    BMP CORPORATE
Business Type: ALL TYPES
Sort By: REGULAR/PROCESS W/E

Page           0005
Run Date    12/17/14
Run Time    05:36:50

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Julio C Caro** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: **Central District of California** | |
| Case number | _____ |
| (If known) | |

❑ Check if this is an amended filing

## Official Form 22A—1Supp

# Statement of Exemption from Presumption of Abuse Under § 707(b)(2)  12/14

**File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 22A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 22A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).**

### Part 1:   Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the "Nature of Debts" box on page 1 of the *Voluntary Petition* (Official Form 1).

   ☑ No.  Go to Form 22A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 22A-1.

   ❑ Yes. Go to Part 2.

### Part 2:   Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))**?**

   ❑ No.  Go to line 3.

   ❑ Yes. Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity?
   10 U.S.C. § 101(d)(1)); 32 U.S.C. § 901(1).

       ❑ No. Go to line 3.

       ❑ Yes. Go to Form 22A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 22A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ❑ No.  Complete Form 22A-1. Do not submit this supplement.

   ❑ Yes. Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1)

       ❑ No. Complete Form 22A-1. Do not submit this supplement.

       ❑ Yes. Check any one of the following categories that applies:

           ❑ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty**.**

           ❑ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

           ❑ **I am performing a homeland defense activity for at least 90 days.**

           ❑ **I performed a homeland defense activity for at least 90 days**, ending on _____, which is fewer than 540 days before I file this bankruptcy case.

   > If you checked one of the categories to the left, go to Form 22A-1. On the top of page 1 of Form 22A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Form 22A-1. You are not required to fill out the rest of Official Form 22A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).
   >
   > If your exclusion period ends before your case is closed, you may have to file an amended form later.

<table>
<tr><td>

**Fill in this information to identify your case:**

Debtor 1   **Julio C Caro**
</td></tr>
</table>

| **Fill in this information to identify your case:** | **Check one box only as directed in this form and in Form 22A-1Supp:** |
|---|---|
| Debtor 1    **Julio C Caro**<br>     First Name     Middle Name     Last Name | ☑ 1. There is no presumption of abuse. |
| Debtor 2<br>(Spouse, if filing) First Name   Middle Name   Last Name | ☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 22A–2). |
| United States Bankruptcy Court for the: **Central District of California** | ☐ 3. The Means Test does not apply now because of qualified military service but it could apply later. |
| Case number<br>(if known) _____ | ☐ Check if this is an amended filing |

## Official Form 22A–1

# Chapter 7 Statement of Your Current Monthly Income      12/14

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 22A-1Supp) with this form.**

### Part 1:   Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

    ☐ **Not married.** Fill out Column A, lines 2-11.

    ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

    ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

       ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

       ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | *Column A*<br>Debtor 1 | *Column B*<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $_____ | $_____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $_____ | $_____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $_____ | $_____ |

5. **Net income from operating a business, profession, or farm**

    Gross receipts (before all deductions)      $_____

    Ordinary and necessary operating expenses   – $_____

| Net monthly income from a business, profession, or farm   $_____   **Copy here**➔ | $_____ | $_____ |
|---|---|---|

6. **Net income from rental and other real property**

    Gross receipts (before all deductions)      $_____

    Ordinary and necessary operating expenses   – $_____

| Net monthly income from rental or other real property   $_____   **Copy here**➔ | $_____ | $_____ |
|---|---|---|

| 7. **Interest, dividends, and royalties** | $_____ | $_____ |
|---|---|---|

Debtor 1  __**Julio C Caro**_____    Case number (if known)_____
First Name     Middle Name     Last Name

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

8. **Unemployment compensation** | $_____ | $_____

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ........................... ⬇

For you ........................................................ $_____

For your spouse ......................................... $_____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. | $_____ | $_____

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total on line 10c.

10a. _____ | $_____ | $_____

10b. _____ | $_____ | $_____

10c. Total amounts from separate pages, if any. | +$_____ | +$_____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$_____ + $_____ = $_____

Total current monthly income

---

**Part 2:     Determine Whether the Means Test Applies to You**

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11................................................ Copy line 11 here➡ 12a. | $_____

Multiply by 12 (the number of months in a year). | **x 12**

12b. The result is your annual income for this part of the form. | 12b. | $_____

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live. | [_____]

Fill in the number of people in your household. | [_____]

Fill in the median family income for your state and size of household. .............................................................13. | $_____

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 22A-2.*
Go to Part 3 and fill out Form 22A-2.

---

**Part 3:     Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

✖ __/s/ Julio C Caro_____     ✖ _____
Signature of Debtor 1                                         Signature of Debtor 2

Date __**December 17, 2014**__                           Date _____
MM / DD  / YYYY                                                     MM / DD  / YYYY

If you checked line 14a, do NOT fill out or file Form 22A–2.

If you checked line 14b, fill out Form 22A–2 and file it with this form.

**United States Bankruptcy Court**

**Central District of California**

IN RE:                                                                          Case No. _____

Caro, Julio C                                                               Chapter **7** _____

<span style="text-align:center">Debtor(s)</span>

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _____ **3** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: **December 17, 2014** _____    Signature: */s/ Julio C Caro* _____

                                                                **Julio C Caro**                                          Debtor

Date: _____    Signature: _____

                                                                                                  Joint Debtor, if any

Date: **December 17, 2014** _____    Signature: */s/ James R. Selth* _____

                                                                **James R. Selth 123420**                    Attorney (if applicable)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Julio C Caro
4711 Abbeyville Ave
Woodland Hills, CA  91364


Weintraub & Selth APC
11766 Wilshire Blvd Suite 1170
Los Angeles, CA  90025

Capital One
PO Box 30285
Salt Lake City, UT  84130-0285


Franchise Tax Board
Attention: Bankruptcy
PO Box 2952
Sacramento, CA  95812-2952


GC Services Limited Partnership
PO Box 2667
Houston, TX  77252


Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346


Jacqueline C Caro
4711 Abbeyville Ave
Woodland Hills, CA  91364


Macy's
PO Box 8066
Mason, OH  45040


Marc Toberoff
22837 Pacific Coast Highway Suite
Malibu, CA  90265


Pacific Gas & Electric
77 Beale St 32nd Fl
San Francisco, CA  94105


Pacific Gas and Electric Company
PO Box 997300
Sacramento, CA  95899-7300

R Caro Productions LLC
9130 W Sunset Blvd
Los Angeles, CA  90069


Robert Bermingham
Yucaipa Companies
9130 W Sunset Blvd
Los Angeles, CA  90069


Safeco Insurance Company
PO Box 25150
Santa Ana, CA  92799


Santander Consumer USA
PO Box 560284
Dallas, TX  75356-0284


Thomas George Associates
Insurance Recovery Division
PO Box 30
East Northport, NY  11731-0030


Toyota Financial Services
PO Box 8026
Cedar Rapids, IA  52408-8026


US Department Of Education
PO Box 5609
Greenville, TX  75403