IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

| | | |
|---|---|---|
| IN RE: | : | Chapter:  7 |
| JULIO C CARO | : | |
| | : | |
| | : | |
| | : | BANKRUPTCY NO:   SV-14-15561-VK |

**Notice of Change of Address**

Pursuant to Federal Rule of Bankruptcy Procedure 2002(g)(1), creditor American Express Travel Related Services Co, Inc, by and through its agent, Becket & Lee LLP, hereby requests notices in this matter required to be mailed under Rule 2002, be addressed as follows:

    American Express Travel Related Services Co, Inc
    **c/o Becket and Lee LLP**
    **POB 3001**
    **Malvern  PA 19355 0701**

Dated:  01/08/2015

By: /s/ GILBERT B. WEISMAN

    Gilbert B Weisman, Esquire, PA59872
    Becket & Lee LLP, Attorneys/Agent for Creditor
    POB 3001
    Malvern PA 19355-0701
    PHONE:    (610) 644-7800
    FAX:         (610) 993-8493
    EMAIL:     notices@becket-lee.com

Pet: 12/17/2014

AET


