**United States Bankruptcy Court**
**Central District of California**

IN RE:                                                                                          Case No. __1:14-bk-15561-VK__

__Caro, Julio C__                                                                           Chapter __7__
_____
          Debtor(s)

### AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $30.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added? Yes ____ No _✓_

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

    A ____  B _✓_  C ____  D ____  E ____  F ____  G ____  H ____  I ____  J ____

    Statement of Social Security Number(s) _____          Statement of Financial Affairs _✓_

    Statement of Intention _____                           Other _____

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, __Caro, Julio C__ _____, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

*** FOR COURT USE ONLY ***

Dated: __January 19, 2015__

_____
*Debtor Signature*

_____
*Co-Debtor Signature*

B-1008 *Revised November 2011*

B6B (Official Form 6B) (12/07)

IN RE Caro, Julio C _____    Case No. 1:14-bk-15561-VK
                    Debtor(s)                                    (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on hand | | 100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account, Wells Fargo Bank, Acct. No. xxxxxx1995 | | 352.87 |
| | | Checking account, Wells Fargo Bank, Acct. No. xxxxxx2449 | | 721.94 |
| | | Savings account, Wells Fargo Bank, Acct. No. xxxxxx3812 | | 436.00 |
| | | Savings account, Wells Fargo Bank, Acct. No. xxxxxx8844 | | 145.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Security deposit with landlord | | 7,700.00 |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | Household goods and furnishings | | 7,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Framed paintings | | 2,000.00 |
| | | Framed photographs | | 1,500.00 |
| | | Framed posters | | 500.00 |
| 6. Wearing apparel. | | Clothing | | 4,500.00 |
| 7. Furs and jewelry. | | Men's 1999 Rolex Submariner watch | | 3,400.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Miscellaneous sporting goods | | 250.00 |
| | | Motorcycle riding gear | | 1,000.00 |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Whole life insurance policy, MassMutual, Policy #xxxx6887; cash surrender value is listed | | 341.22 |
| | | Whole life insurance policy, New York Life, Policy #xxxx9394; no net cash surrender value | | 0.00 |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | 401(k) account held at Transamerica Retirement Solutions | | 13,608.00 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE Caro, Julio C _____  Case No. 1:14-bk-15561-VK
                        Debtor(s)                                    (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 100% ownership (with non-debtor spouse) of suspended loan-out corporation Broken Rose Productions, Inc., no accounts, holds minority ownership interst in R-Caro Productions, LLC with no right to distributions. | | 0.00 |
| | | 100% ownership of Debtor's loan-out corporation Jcaro Management, Inc., no assets or accounts | | 0.00 |
| | | 50% ownership of defunct company Baker Caro Management, LLC; no business ever conducted, no assets or accounts | | 0.00 |
| | | 50% ownership of defunct company Cine Hispano, LLC; no business ever conducted, no assets or accounts | | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Retainer funds held by Weintraub & Selth for post-petition work | | 1,472.00 |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1973 Porsche 914, 104,800 miles | | 8,000.00 |
| | | 1984 BMW motorcycle, 22,800 miles | | 3,000.00 |
| | | 2006 Lexus RX400h, 180,720 miles | | 6,000.00 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Caro, Julio C** _____ Case No. **1:14-bk-15561-VK** _____
                                Debtor(s)                                                                     (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 2013 Audi Allroad; 24,604 miles; title and loan in name of Debtor's spouse only | | 36,264.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 98,791.03 |

    **0** continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

Dated: **January 19, 2015**          **Erika Rappaport**
                                              *Print or Type Name*

                                              *[signature]*
                                              *Signature*

**Amy Goldman**
**Chapter 7 Trustee**
**221 N. Figueroa St., Suite 1200**
**Los Angeles, CA  90012**

B-1008 *Revised November 2011*